DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO

Civil Action No. 90CV0155      Courtroom 2      *Received 2-5-90*

# ORDER

PAYCO - GENERAL AMERICAN CREDITS, INC., assignee of HEALTH EDUCATION ASSISTANCE LOAN PROGRAM d/b/a STUDENT LOAN MARKETING ASSOCIATION,

Plaintiff,
vs.

KENT L. STIRGUS,

Defendant(s).

THIS MATTER having come before the Court on Plaintiffs' Verified Motion and Order for Default Judgment; the Court having read said Motion and the Affidavit attached thereto; venue having been considered and being proper:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

THAT there is no just reason for delay in entering Judgment and that Judgment shall enter in favor of the Plaintiff, PAYCO - GENERAL AMERICAN CREDITS, INC., assignee of HEALTH EDUCATION ASSISTANCE LOAN PROGRAM d/b/a STUDENT LOAN MARKETING ASSOCIATION and against the Defendant(s) Kent L. Stirgus, individually in the amount of $24,768.78 principal, plus interest in the amount of $851.43 at the rate of 13.75 per cent per annum in accordance with executed Promissory Notes attached hereto as Plaintiffs' marked exhibits, , plus $8,843.03 attorneys fees pursuant to executed Promissory Notes attached hereto as Plaintiffs' marked exhibits, for a total of $28,463.24, plus court costs in the amount of $102.00.

DATED this 6th day of May, 1990.

By the Court:

_____
Judge

*Notes merged into judgment.*

**County of El Paso, STATE OF COLORADO**

I, __E. MARIE GARDNER__ Clerk of the District Court, of the Fourth Judicial District, El Paso County, do hereby certify the foregoing to be a true, perfect and complete copy of Transcript of Judgment issued August 13, 1990 in Civil Action #90CV0155 entitled:

PAYCO - GENERAL AMERICAN CREDITS, INC.,
Assignedd of HEALTH EDUCATION
ASSISTANCE LOAN PROGRAM dba STUDENT
LOAN MARKETING ASSOCIATION,
                Plaintiffs

vs

KENT L. STIRGUS,
                Defendant

Dated and sealed in Colorado Springs, Colorado this __13__ day of __August__, A.D. 19__90__.

_[signature]_ Seal
CLERK

---

**County of El Paso, STATE OF COLORADO**

I, __DONALD E. CAMBPELL__ Judge of the District Court of the Fourth Judicial District, El Paso County, do certify that __E. MARIE GARDNER__ whose name is subscribed to the foregoing Certificate of Attestation, now is, and was, at the time of signing and sealing the same, Clerk of the District Court of El Paso County, and keeper of the Records and seal thereof, duly appointed and qualified to office; that full faith and credit are and of right ought to be given to all official acts as such in all Courts of Record and elsewhere; and that said attestation is in due form of law, and by the proper officer.

Dated and sealed in Colorado Springs, Colorado this __13__ day of __August__, A.D. 19__90__.

_[signature]_ Seal
JUDGE

---

**County of El Paso, STATE OF COLORADO**

I, __E. MARIE GARDNER__ Clerk of the District Court of the Fourth Judicial District, El Paso County, do certify that __DONALD E. CAMPBELL__ whose genuine signature is appended to the foregoing certificate, was, at the time of signing the same, Judge of the District Court of El Paso County, Colorado, duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such, in all Courts of Record, and elsewhere.

Dated and sealed in Colorado Springs, Colorado this __13__ day of __August__, A.D. 19__90__.

_[signature]_ Seal
CLERK

```
*----------------------------------------------------------------------------*
* CASE NUMBER: 1   90 000155     CASE TYPE: MONEY      FILING DATE: 01/10/90 *
* ENTITLEMENT: PAYCO ETC                                                     *
*----------------------------------------------------------------------------*

JUDGEMENT       PLUS-COST ATTY-FEES PLUS-INT CT-COSTS OTHER     TOTAL
  24,768.78                843.03    851.43   102.00            26,565.24
DATE OF ORDER: 03-08-90
CREDITOR: PAYCO - GENERAL AMERICAN CREDITS, INC ASSIGNEE OF HEALTH
          EDUCATION ASSISTANCE LOAN PROGRAM DBA STUDENT LOAN MARKETING
          ASSOCIATION
DEBTOR: KENT L. STIRGUS

CREDITORS:
    PAYCO                                           PLA
    GEN AM CREDITS INC                              PLA
    HEALTH EDUCATION ASSISTANCE LOAN                PLA
    STUDENT LOAN MARKETING ASSN                     DBA

DEBTORS:
    STIRGUS       KENT    L                         DEF

RECORD OF PAYMENT/GARNISHMENTS OR ADDITIONS
DATE      UNPAID BAL    C PAY/GARN/ADD  COMMENTS............ BALANCE
03 27 90    26,565.24   A      5.00     TRANS ISSUED         26,570.24
07 19 90    26,570.24   A      5.00     TRANSCRIPT ISSUED    26,575.24
08 13 90    26,575.24   A      5.00     TRANSCRIPT ISSUED    26,580.24
//-//-//    26,580.24   / ///.///.///.// ///////////////////////
```

STATE OF COLORADO      ) SS    TRANSCRIPT OF JUDGMENT DOCKET
COUNTY OF EL PASO      )

I, E. MARIE GARDNER            , CLERK OF THE DISTRICT COURT OF EL PASO
COUNTY, FOURTH          JUDICIAL DISTRICT, STATE OF COLORADO, DO HEREBY CERTIFY
THAT THE ABOVE JUDGMENT, IN THE ABOVE ENTITLED CAUSE, IS A TRUE AND COMPLETE
TRANSCRIPT AND COPY OF THE JUDGMENT DOCKET WHICH IS RETAINED IN MY OFFICE.

WITNESS MY HAND AND THE SEAL OF SAID COURT, AT COLORADO SPRINGS     , IN THE
COUNTY AND STATE AFORESAID, THIS __13__ DAY OF ____August____, 19_90_.


                                        E. MARIE GARDNER
                                        CLERK OF THE DISTRICT COURT

                                        BY __Lila M Cooper_____
                                                    DEPUTY

ASSIGNMENT OF JUDGMENT

I, __Angela Aguiar__ (the undersigned), representing Sallie Mae Loan Servicing Center/Virginia (name of assignor), of 365 Herndon Parkway (address), city of Herndon, county of Fairfax, State of Virginia, in consideration of the sum of __24768.70__ ($), receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign to assignee the judgment, recovered by Sallie Mae Loan Servicing Center/Virginia (name of assignor) on __August 13__, 19__90__, docketed in __County of El Paso, ST of CO__ (court), Case No. __90CV0155__, against __Kent Siegus__ (name of judgment debtor) for __26565.24__ (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of American from enforcing the judgment.

I have executed this assignment at __loan servicing center__ (place of execution) the __20th__ day of __October__, __90__.

_____
(Signature)

CLAIMS/judgment.asg